IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
No. 5:18-MC-00005-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | ORDER FOR THE SHOW CAUSE |
| | ) | HEARING TO BE CANCELLED |
| v. | ) | AND FOR THE CASE TO BE |
| | ) | CLOSED |
| SONYA W. MASTRODONATO, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause having been shown upon the Withdrawal of the Petition to Enforce Internal Revenue Service Summons and the Motion to Cancel the Show Cause Hearing in this matter, it is hereby

ORDERED that the Show Cause Hearing, scheduled for April 25, 2018, at 12:00 P.M. in New Bern, North Carolina, before the Honorable Louise W. Flanagan, is cancelled and that this case, which stems from a Petition to Enforce an Internal Revenue Summons, will now be closed.

This 24th day of April, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge